**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GUSTAVO RAFAEL RIVERA-
RENDON,

        Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

        Respondent.

No. 11-72931

Agency No. A078-000-027

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2013[**]

Before:    SILVERMAN, BEA, and NGUYEN, Circuit Judges.

    Gustavo Rafael Rivera-Rendon, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for adjustment of

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

status.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary denial of adjustment of status and Rivera-Rendon does not raise a colorable due process challenge to the BIA's dispositive discretionary determination.  *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Bazua-Cota v. Gonzales*, 466 F.3d 747, 748-49 (9th Cir. 2006).

Rivera-Rendon's remaining contentions are not properly before us because they concern portions of the immigration judge's decision that the BIA did not rely upon.  *See Santiago-Rodriguez v. Holder*, 657 F.3d 820, 829 (9th Cir. 2011) (review is limited to the grounds relied upon by the BIA).

**PETITION FOR REVIEW DISMISSED.**